UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

RICHARD O. KLING, M.D., BRENDA SUTTON, SHIRLEY MORTON, KENYA TUCKER, HAROLD WIMBUSH, SIMON ALLISON, PATRICIA HULL, Individually and On Behalf of All Others Similarly Situated,

   *Plaintiffs*,

  vs.

THE WORLD HEALTH ORGANIZATION,

   *Defendant*.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Case No. 7:20-cv-03124 -CS

**NOTICE OF APPEARANCE**

   PLEASE TAKE NOTICE that Alyssa T. Yamamoto of Debevoise & Plimpton LLP hereby appears on behalf of Defendant THE WORLD HEALTH ORGANIZATION in the above-captioned case.

Dated: New York, New York
   July 2, 2020

          DEBEVOISE & PLIMPTON LLP

          By: */s/ Alyssa T. Yamamoto*
            Alyssa T. Yamamoto
            919 Third Avenue
            New York, New York 10022
            (212) 909-6000
            atyamamoto@debevoise.com

          *Attorney for THE WORLD HEALTH ORGANIZATION*