# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

RICHARD O. KLING, M.D., BRENDA
SUTTON, SHIRLEY MORTON, KENYA
TUCKER, HAROLD WIMBUSH, SIMON
ALLISON, PATRICIA HULL, Individually
and On Behalf of All Others Similarly Situated,

       *Plaintiffs*,

       v.

THE WORLD HEALTH ORGANIZATION,

       *Defendant*.

Case No. 7:20-cv-03124  (CS)

## NOTICE OF THE WORLD HEALTH ORGANIZATION'S
## MOTION TO DISMISS THE SECOND AMENDED COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and all prior pleadings and proceedings herein, the undersigned, defendant the World Health Organization, hereby move, pursuant to Federal Rule of Civil Procedure 12(b)(1), (2), and (5), for an order dismissing with prejudice the Second Amended Complaint in its entirety.

Dated: New York, New York
      November 2, 2020

DEBEVOISE & PLIMPTON LLP

By: */s/ Catherine Amirfar*

Donald Francis Donovan
Catherine Amirfar
Natalie L. Reid
Elizabeth Nielsen
Matthew D. Forbes
Alyssa T. Yamamoto
Sebastian Dutz

Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000
camirfar@debevoise.com
WHO-Kling@debevoise.com

*Attorneys for Defendant*
*World Health Organization*