UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RICHARD O. KLING. M.D., BRENDA SUTTON, SHIRLEY MORTON, KENYA TUCKER, HAROLD WIMBUSH, SIMON ALLISON, PATRICIA HULL, individually and On behalf of All Others Similarly Situated,

                      Plaintiffs,

-against-

THE WORLD HEALTH ORGANIZATION,

                      Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/5/2021

20 **CIVIL** 3124 (CS)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated April 5, 2021, Defendant's Motion to Dismiss is GRANTED and Plaintiffs' Second Amended Complaint is dismissed with prejudice; accordingly, this case is closed.

**Dated:** New York, New York

       April 5, 2021

                                                          **RUBY J. KRAJICK**

                                                           Clerk of Court

                              **BY:**

                                                           **Deputy Clerk**